UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Kimberly W., | Case No. 24-cv-4489 (DTS) |
| Plaintiff, | |
| v. | **ORDER** |
| Frank Bisignano, *Commissioner of Social Security,* | |
| Defendant. | |

The above matter came before the Court on June 27, 2025, on Plaintiff's brief, Dkt. No. 7, and Defendant's brief, Dkt. No. 9. The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, and for the reasons stated on the record, now makes and enters the following Order.

**IT IS HEREBY ORDERED:**

1. Plaintiff's request to remand the ALJ's decision (Dkt. No. 7) is **GRANTED**. The case is remanded to the Administrative Law Judge (ALJ) for further consideration. In particular, the ALJ is directed to account for Plaintiff's absenteeism and potential for seizure-related injury in the workplace in the RFC. To the extent that the ALJ determines that no additional limitations in Plaintiff's RFC are warranted the ALJ must fully explain that determination.

2. Defendant's request to uphold the ALJ's decision (Dkt. No. 9) is **DENIED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 27, 2025

s/ David T. Schultz
DAVID T. SCHULTZ
U.S. Magistrate Judge